## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **KEMONE RODGERS,** § | |
| Plaintiff, § | |
| § | **FEDERAL COMPLAINT** |
| Vs. § | **Cause Number:** |
| § | **3:19-cv-00181-M-BN** |
| The **BRIDGE HOMELESS** § | |
| **RECOVERY CENTER et al.,** § | |
| Defendants, § | |

## PLAINTIFF'S NOTICE OF APPEAL

1. NOW COMES, Plaintiff KEMONE RODGERS who files this "PLAINTIFF'S NOTICE OF APPEAL", pursuant to **Fed. R. App. P. Rule 4(a)(1)(A)**, and **Fed. R. App. P. Rule 4(a)(5)(A)(ii)**, to .

2. The Plaintiff seeks to appeal the orders titled "ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE", and "JUDGMENT" signed by Chief Judge Barbara M. G. Lynn on July 13, 2020.

3. The appeal was filed in the "UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION", where the Plaintiff was granted to proceed In Forma Pauperis.

4. The U.S. District determined to dismiss the case before the defendants were served the Plaintiff's U.S. Amended Complaint, so the Plaintiff is not required to serve the Defendants a copy of the notice of appeal.

Respectfully signed on this 3rd day of September 2020.

KEMONE RODGERS
PRO SE
682.214.0881
PO Box 132762
Dallas, TX 75313
Kemone34@gmail.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEMONE RODGERS, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:19-cv-181-M |
| THE BRIDGE HOMELESS RECOVERY CENTER, ET AL., | § § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that, because Plaintiff Kemone Rodgers, through an amended complaint, has failed to state a federal claim on which relief may be granted, the Court DISMISSES the federal claims in the amended complaint with prejudice and DECLINES to exercise supplemental jurisdiction over the remaining state law claims.

SIGNED this 13th day of July, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEMONE RODGERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-181-M |
| | § | |
| THE BRIDGE HOMELESS | § | |
| RECOVERY CENTER, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND <u>RECOMMENDATION</u> <u>OF THE UNITED STATES MAGISTRATE JUDGE</u>

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. An objection was filed by Plaintiff. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 13th day of July, 2020.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE