# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 6, 2021

No. 20-10922

Lyle W. Cayce
Clerk

KEMONE RODGERS, I,

*Plaintiff—Appellant*,

*versus*

MICHELLE SMITH, CARE MANAGER; KEVELYN JENKINS, SUPERVISOR; OTHERS, EMPLOYED WITH BRIDGE STEPS IN THEIR OFFICIAL CAPACITY; BRIDGE STEPS,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CV-181

Before WIENER, SOUTHWICK, and DUNCAN, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Certified as a true copy and issued
as the mandate on Apr 28, 2021

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 28, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 20-10922   Rodgers v. Smith
                          USDC No. 3:19-CV-181

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Mary Frances Yeager, Deputy Clerk
                          504-310-7686

cc:  Mr. Kemone Rodgers I